In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-10-00025-CV

                                                ______________________________

 

 

                             HUBERT MCCURLEY,
INDIVIDUALLY,

D/B/A STAN’S BACKHOE
SERVICE, INC., AND

RITA MCCURLEY,
INDIVIDUALLY, Appellants

 

                                                                V.

 

                      CAPITOL INDEMNITY CORPORATION, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 173rd
Judicial District Court

                                                         Henderson
County, Texas

                                                        Trial Court
No. 2008A-490

 

                                                                                                  


 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Appellants,
Hubert McCurley, Individually, d/b/a Stan’s Backhoe Service, Inc., and Rita
McCurley, Individually, have filed with this Court a motion to dismiss the
pending appeal in this matter.[1]  Appellants represent to this Court that the
parties have reached a full and final settlement.  In such a case, no real controversy exists,
and in the absence of a controversy, the appeal is moot.

            We
grant the motion and dismiss this appeal.

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          June 15, 2010

Date Decided:             June 16, 2010

 











[1]Originally appealed to the Twelfth Court of Appeals,
this case was transferred to this Court by the Texas Supreme Court pursuant to
its docket equalization efforts.  See Tex.
Gov’t Code Ann. § 73.001 (Vernon 2005).